IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CAIN TAPIA-SOLORZANO, ALAN TORRES-GUERRERO, AND MARCO RAMIREZ-BARAJAS,<br><br>　　　　　　Defendants. | 8:25CR202<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

　　　1.  The defendants are presently incarcerated in the Douglas County Department of Corrections, Omaha, Nebraska, in the custody of the Warden of said facility.

　　　2.  It is necessary that the said defendants be before the Honorable Ryan C. Carson, United States Magistrate Judge in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, for a hearing beginning on or after September 24, 2025, 1:30 P.M.

　　　3.  The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

　　　WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Douglas County Department of Corrections, the Drug Enforcement Administration, and the United States Marshals Service for the appearance of said defendants as requested above and for such other proceedings as the Court may direct.

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　　LESLEY A. WOODS
　　　　　　　　　　　　　　　　　　United States Attorney

By:   s/ Patrick C. McGee
PATRICK C. MCGEE, #25522
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700

CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

s/ Patrick C. McGee
Assistant U.S. Attorney